**STEPTOE LLP**
Carol R. Brophy (SBN 155767)
*cbrophy@steptoe.com*
One Market Plaza
Steuart Tower, Suite 1070
San Francisco, California 94105
Telephone: 415-365-6700 / Facsimile: 415-365-6699

**STEPTOE LLP**
Anthony G. Hopp *(pro hac vice forthcoming)*
*ahopp@steptoe.com*
227 West Monroe Street, Ste. 4700
Chicago, Illinois 60606
Telephone: 312-577-1300 / Facsimile: 312-577-1370

**STEPTOE LLP**
Melanie A. Ayerh (SBN 303211)
*mayerh@steptoe.com*
633 W. Fifth St., Suite 1900
Los Angeles, California 90071
Telephone: 213-439-9400 / Facsimile: 213-439-9599

Attorneys for Defendant
LAIRD SUPERFOOD, INC. (improperly sued as LAIRD
SUPERFOOD, INC., d/b/a
WWW.LAIRDSUPERFOOD.COM )

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LICEA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAIRD SUPERFOOD, INC., a Nevada corporation, d/b/a WWW.LAIRDSUPERFOOD.COM,<br><br>Defendant. | Case No. 3:26-cv-02912-JLS-VET<br>*Hon. Judge Janis L. Sammartino*<br><br>**DECLARATION OF MELANIE A. AYERH**<br><br>*[Memorandum of Points and Authorities; Request for Judicial Notice; Declaration of Jason Vieth filed concurrently herewith]*<br><br>Time: July 16, 2026<br>Date: 1:30 pm<br>Dept: 4D |

1

DECLARATION OF MELANIE A AYERH

I, Melanie A. Ayerh, declare and state as follows:

1.    I am an attorney duly licensed to practice law in this Court and in all the courts of the State of California. I am an attorney with the law firm of Steptoe, LLP, which is counsel of record for Defendant Laird Superfood, Inc. ("Laird"). I have personal knowledge of the facts stated in this declaration and could competently testify as to their truth if called upon to do so.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of a list of 312 cases apparently filed by Plaintiff Luis Licea since at least 2018 in state and federal courts. This list was compiled through research conducted using the Westlaw "Dockets" tool, which aggregates information from publicly available court records. Specifically, I identified cases filed by Pacific Trial Attorneys on behalf of Luis Licea and compiled the relevant case information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 25, 2026

/s/ *Melanie A. Ayerh*
Melanie A. Ayerh

2

DECLARATION OF MELANIE A AYERH